UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | ) | CASE NO. A15-69557-JWC |
|---|---|---|
|  | ) | CHAPTER 13 |
| LAQUITTA ALMEATER WALSH | ) |  |
| OWOLABI ABAYOMI YUSUF | ) |  |
|  | ) |  |
| DEBTORS | ) | **NOTICE OF FINAL CURE PAYMENT** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Nancy J. Whaley files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** NATIONSTAR MORTGAGE, LLC

**Final Cure Amount**

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 15 | 5793 | $3,323.11 | $3,323.11 | $3,323.11 |
| Total Amount Paid by Trustee |  |  |  | $3,323.11 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit          **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

## CERTIFICATE OF SERVICE

Case No: A15-69557-JWC

This is to certify that I have this day served the following with a copy of the foregoing Chapter 13 Trustee's Notice of Final Cure Payment by depositing in the United States mail a copy of same in a properly addressed envelope with adequate postage thereon.

| | |
|---|---|
| LAQUITTA ALMEATER WALSH<br>OWOLABI ABAYOMI YUSUF<br>3687 BIG HORN COURT<br>ELLENWOOD, GA  30294-6692 | NATIONSTAR MORTGAGE, LLC<br>P.O. BOX 619094<br>DALLAS, TX  75261-9741 |
| NATIONSTAR MORTGAGE, LLC<br>P.O. BOX 619096<br>DALLAS, TX  75261-9741 | |

---

| | |
|---|---|
| ELECTRONIC SERVICE -<br>SLIPAKOFF & SLOMKA, PC | ELECTRONIC SERVICE -<br>TAYLOR S. MANSELL |
| ELECTRONIC SERVICE -<br>UNITED STATES TRUSTEE | |

This the 21st day of January, 2021

/s/_____
   Nancy J. Whaley
   Standing Chapter 13 Trustee
   State Bar No. 377941
   303 Peachtree Center Avenue, NE
   Suite 120
   Atlanta, GA 30303
   678-992-1201